UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUBASHAR HASSAN,

           Petitioner,

   v.

PAMELA BONDI, *et al.*,

           Respondents.

Case No. C25-2559-JHC-MLP

ORDER

    Petitioner Mubashar Hassan has submitted to the Court for consideration a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application to proceed with this federal habeas action *in forma pauperis* ("IFP"). (Dkt. ## 1-2.) Petitioner's IFP application contains a certification from the Northwest Immigration and Customs Enforcement Processing Center, where Petitioner is currently housed, stating the current balance of his prison trust account is $550.36. (Dkt. # 1 at 2.) Petitioner also submitted a prison trust account statement showing a balance over $550.00 consistently for the last six months, except for one month where the balance was zero after a "release or closeout" transaction. (*Id.* at 3.) Because it appears Petitioner has funds sufficient to pay the $5.00 filing fee, the Court will require that Petitioner pay the filing fee or provide the Court with an explanation as to why he cannot.

ORDER - 1

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner shall SHOW CAUSE, not later than **December 22**, **2025**, why his IFP application should not be denied. In the alternative, Petitioner may pay the $5.00 filing fee before that date. Petitioner is advised that his failure to show cause or to pay the requisite filing fee by the date set forth above shall be deemed a failure to properly prosecute this matter and the Court will recommend this action be dismissed.

(2) The Clerk is directed to re-note Petitioner's IFP application (dkt. # 1) for consideration on **December 22, 2025**. The Clerk is further directed to send copies of this order to Petitioner, to the Federal Public Defender, and to the Honorable John H. Chun.

Dated this 15th day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2