UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUBASHAR HASSAN,

           Petitioner,

   v.

PAMELA BONDI, *et al.*,

           Respondents.

Case No. C25-2559-JHC-MLP

ORDER APPOINTING COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner Mubashar Hassan, has filed a proposed petition for writ of habeas corpus, an application to proceed *in forma pauperis* ("IFP"), and a motion seeking appointment of counsel in this matter.[1] (Dkt. ## 1-3.) The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

    (1)    The petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See* dkt. # 1.) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated,

---

[1] Petitioner's application to proceed IFP will be addressed by separate order.

ORDER APPOINTING COUNSEL - 1

by means of his IFP application, financial eligibility for such appointment. (*See* dkt. # 1.) Accordingly, Petitioner's request for appointment of counsel (dkt. # 3) is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

      (2)      The Clerk is directed to send copies of this order to Petitioner, to the Federal Public Defender, to counsel for Respondent, and to the Honorable John H. Chun.

Dated this 15th day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2