UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUBASHAR HASSAN,

           Petitioner,

    v.

PAMELA BONDI, *et al.*,

           Respondents.

Case No. C25-2559-JHC-MLP

ORDER FOR SERVICE AND RETURN, § 2241 PETITION

      Petitioner, through counsel, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging as unlawful his current detention by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC"). (Dkt. # 2.) Courts have discretion in setting the briefing schedule for a § 2241 habeas petition and consider the individual circumstances of each case when determining appropriate deadlines. *See Clutchette v. Rushen*, 770 F.2d 1469, 1474-75 (9th Cir. 1985). Having reviewed the petition, the Court ORDERS as follows:

      (1)    If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 1

supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondents.

(2) On or before **December 29, 2025**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary. Petitioner may file and serve a response to the return no later than **January 5, 2026**. Respondents may file and serve a reply no later than **January 9, 2026**, and the Clerk shall note the matter as ready for the Court's consideration on **January 9, 2026**.

(3) The parties have a right to consent to have the case heard by the undersigned Magistrate Judge. Consent is voluntary. Counsel for the parties are directed to indicate whether they consent or decline consent by no later than **December 29, 2025**, by emailing Deputy Tim Farrell at tim_farrell@wawd.uscourts.gov. If the parties consent, the undersigned Magistrate Judge will preside over the entire case through judgment. If the parties decline, the case will remain assigned to the District Judge and referred to the undersigned Magistrate Judge.

(4) Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer Petitioner from the Western District of Washington or to remove them from the United States.

(5) The Clerk is directed to send copies of this order to Petitioner, to all counsel of record, and to the Honorable John H. Chun.

//

//

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 2

Dated this 15th day of December, 2025.

*[Signature]*

MICHELLE L. PETERSON
United States Magistrate Judge