UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUBASHAR HASSAN,<br><br>       Petitioner,<br><br> v.<br><br>PAMELA BONDI, *et al.*,<br><br>       Respondents. | Case No. C25-2559-JHC<br><br>ORDER GRANTING FEDERAL HABEAS PETITION AND DIRECTING PETITIONER'S RELEASE FROM DETENTION |

  The Court, having reviewed de novo Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Respondents' return, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge (Dkt. # 14), and the remaining record, hereby finds and ORDERS:

  (1) The Report and Recommendation, to which no objection has been filed, is approved and adopted;

  (2) Petitioner's petition for writ of habeas corpus (dkt. # 2) is GRANTED in part;

  (3) Respondents shall immediately RELEASE Petitioner from detention on reasonable conditions of supervision; and

ORDER GRANTING FEDERAL
HABEAS PETITION - 1

(4)     Respondents are prohibited from removing or attempting to remove Petitioner to any third country without providing Petitioner and his counsel, if any, at least **ten (10) days'** written notice identifying the proposed country of removal and affording Petitioner a meaningful opportunity to be heard in reopened removal proceedings before an immigration judge, including the opportunity to seek any available protection or relief.

(5)     The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Michelle L. Peterson.

DATED this 12th day of February, 2026.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER GRANTING FEDERAL
HABEAS PETITION - 2